# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED

## APPEARANCE

2004 OCT 14 P 2: 38

AMERICAN LINES LLC, et al.

v.     CASE NUMBER: 3:03-CV-954 (SRU)

LOGISTEC CONNECTICUT, INC., et al.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Coastline Terminals of Connecticut, Inc., Defendant

| | |
|---|---|
| October 10, 2003 | /s/ Gregory J. Bezz |
| Date | Signature |
| #ct20390 | Gregory J. Bezz |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| (860) 727-8900 | Siegel, O'Connor, Zangari, O'Donnell & Beck, P.C. |
| Telephone Number | Address |
| (860) 527-5131 | 150 Trumbull Street |
| Fax Number | Hartford, CT  06103 |
| gbezz@siegeloconnor.com | |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Kenneth Alan Beck  
Beck & Beck  
83 Booth Street  
Stratford, CT  06614

S. Peter Sachner  
Tyler, Cooper & Alcorn  
205 Church Street, P.O. Box 1936  
New Haven, CT  06509-1910

/s/ Gregory J. Bezz
Signature Gregory J. Bezz

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001