UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMERICAN LINES LLC<br>MONARCH SHIPPING AGENCY LLC<br>MONARCH SHIPPING LINES, INC.<br><br>Plaintiffs,<br><br>v.<br><br>LOGISTEC CONNECTICUT INC.<br>LOGISTEC USA INC.<br>COASTLINE TERMINALS OF<br>CONNECTICUT, INC.<br><br>Defendants. | CASE NO. 3:03-CV-954(SRU)<br><br><br><br><br><br>October 8, 2003 |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1), Fed. R. Civ. P., the undersigned parties, through their attorneys, hereby stipulate that this action, including the amended complaint, may be dismissed, with prejudice and without costs.

The reason for the dismissal is that the parties have settled this action.

| PLAINTIFFS,<br>AMERICAN LINES LLC<br>MONARCH SHIPPING<br>AGENCY LLC<br>MONARCH SHIPPING<br>LINES INC.<br><br>By:_____<br>Kenneth A. Beck<br>Fed. Bar No. ct08701<br>Beck & Beck<br>83 Booth Street<br>Stratford, CT 06614<br>203-375-2222 | DEFENDANTS,<br>LOGISTEC<br>CONNECTICUT INC.<br>LOGISTEC USA INC.<br><br><br><br>By:_____<br>S. Peter Sachner<br>Fed. Bar No. ct13421<br>Tyler, Cooper & Alcorn<br>205 Church Street<br>New Haven, CT 06509<br>203-784-8200 | DEFENDANT,<br>COASTLINE TERMINALS<br>OF CONNECTICUT, INC.<br><br><br><br><br>By:_____<br>Gregory J. Bezz.<br>Fed. Bar No. ct20390<br>Siegel, O'Connor,<br>Zangari, O'Donnell<br>O'Donnell & Beck, P.C.<br>150 Trumbull Street<br>Hartford, CT 06103<br>860-727-8900 |

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing stipulation of dismissal was mailed, by U.S. First Class Mail, this 21st day of October, 2003, to the following counsel of record:

Kenneth A. Beck  
Beck & Beck  
83 Booth Street  
Stratford, CT 06614

Gregory J. Bezz.  
Siegel, O'Connor, Zangari, O'Donnell & Beck, P.C.  
150 Trumbull Street  
Hartford, CT 06103

_____  
S. Peter Sachner