# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED
2003 OCT 23 A 8: 57

## APPEARANCE

MONARCH SHIPPING AGENCY, LLC
MONARCH SHIPPING LINES, INC

V.  CASE NUMBER:  3:03-CV-954 (SRU)

LOGESTIC USA INC.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Monarch Shipping Agency, LLC and Monarch Shipping Lines, Inc. Plaintiffs, in place of Fredrick Lovejoy Esq.

October 20, 2003
**Date**

*(Signature)*
**Signature**

#ct 08701
**Connecticut Bar Number**

Kenneth A. Beck
**Print Clearly or Type Name**

(203) 375- 2222
**Telephone Number**

Beck & Beck, LLC.
**Firm**

(203) 378-5263
**Fax Number**

83 Booth Street, Stratford, CT 06614
**Address**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on 20th day of October 2003 to the following:

Fredrick A. Lovejoy
Lovejoy & Associates
275 Center Road
Easton, CT 06612

S. Peter Sachner
Tyler, Cooper & Alcorn
205 Church Street P.O. Box 1936
New Haven, CT 06509-1910

*(Signature)*
Signature Kenneth A. Beck