UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

American Lines, et al.

V.

Case Number: 3:03cv954

Logistec Connecticut, et al.

**Stipulation for Dismissal**

Doc. # <u>18</u>

**FILED**

2003 NOV -6  P 12: 15

US DISTRICT COURT
BRIDGEPORT CT

<u>ORDERED ACCORDINGLY</u>.


Dated at Bridgeport, Connecticut, November 5, 2003.


By: _____
    Stefan R. Underhill
    United States District Judge